EDWARD SKOWYSZ AND EDWARD H. BENSON, PLAIN-
TIFFS-RESPONDENTS, v. CITY OF VENTNOR, A MU-
NICIPAL CORPORATION, MAYOR PHILLIP B. ROBIN-
SON AND MEYER SEGAL, MATTHEW GALLAGHER,
RODNEY S. KREISCHER, SAMUEL J. KLIGERMAN, JOHN
R. BEST, THOMAS WHIMS AND CARL VALORE, SR.,
COUNCILMEN OF THE CITY OF VENTNOR, JOINTLY.
SEVERALLY AND IN THE ALTERNATIVE, DEFEND-
ANTS-APPELLANTS.

Argued May 18, 1970—Decided June 1, 1970.

*Mr. Martin L. Blatt* argued the cause for appellants
(*Messrs. Blatt, Blatt & Consalvo,* attorneys).

*Mr. Phillip B. Robinson* argued the cause pro se.

*Mr. Marvin D. Perskie* argued the cause for respondents
(*Messrs. Perskie and Perskie,* attorneys).

PER CURIAM. The judgment is affirmed for the reasons
expressed in the opinion of Judge Horn in the Superior
Court, 110 *N. J. Super.* 340 (Law Div. 1966).

*For affirmance*—Chief Justice WEINTRAUB and Justices
JACOBS, FRANCIS, PROCTOR, HALL, SCHETTINO and HANE-
MAN—7.

*For reversal*—None.